UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00076 |
| | ) | JUDGE CAMPBELL |
| JOSE ORLANDO ORELLANA-FLORES | ) | |

ORDER

Pending before the Court is the Defendant's Motion To Reschedule Plea Hearing (Docket No. 13). Through the Motion, the Defendant seeks to continue the pretrial conference/change of plea hearing, currently scheduled for July 5, 2013, because, as part of the Office of the Federal Public Defender, counsel will be furloughed on that date. The Motion indicates that the Government does not oppose the request.

The Motion is GRANTED. Accordingly, the pretrial conference/change of plea hearing is CONTINUED until July 8, 2013, at noon. All other deadlines remain unchanged.

It is so ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE